UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____

PATRICIA DUKES,

        Plaintiff,                    Civil Action No. 08 CIV 5414 (SCR)

vs.

                                            DEFENDANT'S INITIAL
PUTNAM NORTHERN WESTCHESTER      DISCLOSURES
BOARD OF COOPERATIVE EDUCATIONAL
SERVICES,

        Defendants.
_____

      Defendants, by their attorneys, Shaw, Perelson, May & Lambert, LLP, as and for their Initial Disclosures pursuant to Fed. R. Civ. P. 26 (a) (1) hereby provide the following information in the order provided by Rule 26 (a) (1):

      A. Individuals likely to have discoverable information concerning the lawful basis for the actions of the defendants of which the plaintiff complains:

        1.     Plaintiff

        2.     Susan Micolo
                 c/o Putnam/No. Westchester BOCES
                 200 BOCES Drive
                 Yorktown Hgts., NY 10598

        2.     Theresa Gurecki
                 c/o Putnam/No. Westchester BOCES
                 200 BOCES Drive
                 Yorktown Hgts., NY 10598

        3.     Renée Gargano
                 c/o Putnam/No. Westchester BOCES
                 200 BOCES Drive
                 Yorktown Hgts., NY 10598

        4.     Tom Gill
                 c/o Putnam/No. Westchester BOCES

    200 BOCES Drive
    Yorktown Hgts., NY 10598

5. Bill Richards
  c/o Putnam/No. Westchester BOCES
  200 BOCES Drive
  Yorktown Hgts., NY 10598

6. Sara Mills-Cohen
  c/o Putnam/No. Westchester BOCES
  200 BOCES Drive
  Yorktown Hgts., NY 10598

7. Nancy Rosa
  c/o Putnam/No. Westchester BOCES
  200 BOCES Drive
  Yorktown Hgts., NY 10598

8. Robert E. Kelderhouse
  c/o Putnam/No. Westchester BOCES
  200 BOCES Drive
  Yorktown Hgts., NY 10598

9. Doreen Sitzer
  c/o Putnam/No. Westchester BOCES
  200 BOCES Drive
  Yorktown Hgts., NY 10598

10. James T. Langlois
   c/o Putnam/No. Westchester BOCES
   200 BOCES Drive
   Yorktown Hgts., NY 10598

11. Student E.W.
   c/o Putnam/No. Westchester BOCES
   200 BOCES Drive
   Yorktown Hgts., NY 10598

12. Nicole Messia
   c/o Putnam/No. Westchester BOCES
   200 BOCES Drive
   Yorktown Hgts., NY 10598

13. Catherine Pacarelli

        c/o Putnam/No. Westchester BOCES
        200 BOCES Drive
        Yorktown Hgts., NY 10598

14.    Laurie Cohen
        c/o Putnam/No. Westchester BOCES
        200 BOCES Drive
        Yorktown Hgts., NY 10598 10924
        469-3959

15.    Jennifer Lipowski
        c/o Putnam/No. Westchester BOCES
        200 BOCES Drive
        Yorktown Hgts., NY 10598

16.    Stephanie Alter
        c/o Putnam/No. Westchester BOCES
        200 BOCES Drive
        Yorktown Hgts., NY 10598

17.    Soyoung Yoon
        c/o Putnam/No. Westchester BOCES
        200 BOCES Drive
        Yorktown Hgts., NY 10598

The defendant reserves its right to supplement this list pursuant to Rule 34.

B. Documents, etc. in possession of defendants that defendants may use to support their claims or defenses.

1. Notice of Charge of Discrimination and Charge dated 3/1/07

2. December 27, 2006 memorandum to Patricia Dukes from Thomas Gill

3. January 31, 2007 letter to Patricia Dukes from Dr. James T. Langlois

4. October 30, 2006 memo from Bob Kelderhouse to Tom Gill

5. Sexual Harassment policy 5121

6. Administrative regulation on Sexual Harassment

7. Policy on Complaints and Grievances by Employees 5170

8. Equal Employment Opportunity Policy 5120

9. December 15, 2006 letter to Renée Gargano from Theresa Gurecki

10. Confidential Report of Allegation dated December 22, 2006

11. December 18, 2006 note to Mr. Gill from Stephanie Alter

12. December 21, 2006 letter to Tom Gill from Soyoung Yoon

13. December 22, 2006 letter to Patricia Dukes from Renée Gargano

14. Undated letter from Patricia Dukes to Dr. James Langlois "to address several concerns . . . regarding my recent termination . . . ."

The defendant reserves its right to supplement this list pursuant to Rule 34.

C. Any insurance agreement under which any person carrying on an insurance business may be liable to satisfy part or all of the judgment, etc.

Policy issued by New York Schools Insurance Reciprocal, Policy SBL BO 001, has been requested from insurer and will be supplied as soon as it is received.

Dated: July 31, 2008

                                **Shaw, Perelson, May & Lambert, LLP**
                                Attorneys for Defendants


                                By:_____/S_____
                                Mark C. Rushfield, Esq. (MCR 0231)
                                Of Counsel
                                21 Van Wagner Road
                                Poughkeepsie, NY 12603
                                845/486-4200